**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JENICE C. CLOUSE,

Plaintiff,

v.

Case No. 8:23-cv-02720-CEH-SPF

LOAN DEPOT, LLC,

Defendant.
_________________________________/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that JENICE C. CLOUSE ("Plaintiff"), hereby notifies the Court that the Plaintiff and the Defendant, LOAN DEPOT, LLC, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time. Respectfully submitted March 10, 2025.

Respectfully submitted,

s/ Alexander J. Taylor
Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 South Highland Avenue,
Suite 200
Lombard, IL 60148
(630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Alexander J. Taylor*