**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JENICE C. CLOUSE,

Plaintiff,

v.

LOAN DEPOT, LLC,

Defendant.

______________________________/

Case No. 8:23-cv-02720-CEH-SPF

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jenice C. Clouse and Defendant loanDepot.com, LLC, by and through their respective counsel, stipulate to the dismissal of Plaintiff's claims in this action with prejudice.

Dated: April 29, 2025

Respectfully Submitted,

By: *<u>/s/ Alexander J. Taylor</u>*

Alexander J. Taylor
Sulaiman Law Group. Ltd.
2500 South Highland Avenue,
Suite 200
Lombard, IL 60148
(630) 575-8181
ataylor@sulaimanlaw.com

*Attorney for Plaintiff*

By: *<u>/s/ Jenniffer Cabrera</u>*

Jenniffer Cabrera (FBN 1034545)
jenniffer@troutmanfirm.com
Troutman Amin, LLP
1825 NW Corporate Blvd, Ste. 100
Boca Raton, Florida 33431
Telephone: (561) 834-0883

*Counsel for Defendant loanDepot.com, LLC*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 29, 2025, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

/s/ *Jenniffer Cabrera*
Jenniffer Cabrera